# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MICHALSKI, ANDREW G. | § § § | Case No. 17-02930 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/01/2017. The undersigned trustee was appointed on 02/01/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   7,334.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4.39 |
| Bank service fees | 105.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 5,724.02 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/26/2017 and the deadline for filing governmental claims was 12/26/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,333.40 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,333.40 , for a total compensation of $ 1,333.40 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.04 , for total expenses of $ 22.04 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2018        By:/s/JOSEPH E. COHEN
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-02930   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MICHALSKI, ANDREW G. | Date Filed (f) or Converted (c): | 02/01/17 (f) |
|  |  | 341(a) Meeting Date: | 03/10/17 |
| For Period Ending: | 11/29/18 | Claims Bar Date: | 12/26/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 210 Chelsea Circle Lake Villa | 200,000.00 | 185,000.00 |  | 0.00 | FA |
| 2. 2009 Lexus rx400 mileage: 107,000 | 9,000.00 | 6,600.00 |  | 0.00 | FA |
| 3. 2005 Kia Sedona mileage: (not running) | 500.00 | 0.00 |  | 0.00 | FA |
| 4. Livingroom Furniture, Television and DVD Player | 450.00 | 0.00 |  | 0.00 | FA |
| 5. Bedroom Sets, Washer and Dryer | 300.00 | 0.00 |  | 0.00 | FA |
| 6. Diningroom Set, Stove, Refrigerator and Microwave | 425.00 | 0.00 |  | 0.00 | FA |
| 7. Laptop Computer and Printer | 250.00 | 0.00 |  | 0.00 | FA |
| 8. Wearing Apparel | 250.00 | 0.00 |  | 0.00 | FA |
| 9. State Bank of the Lakes | 1,000.00 | 0.00 |  | 0.00 | FA |
| 10. IBEW Local 134 | 244,208.00 | 0.00 |  | 0.00 | FA |
| 11. 2016 income tax refund - Federal (u) | 9,315.00 | 9,315.00 |  | 7,334.00 | FA |
| 12. 2016 Income Tax Refund - State (u) | 212.00 | 212.00 |  | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $465,910.00 | $201,127.00 |  | $7,334.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING HIS TFR, NFR AND RELATED DOCUMENTS - 10/31/18. DEBTOR HAS FILED AN AMENDED SCHEDULE C - 7/31/18.
TRUSTEE FILED MOTION TO VALUE SECURED CLAIM - 1/9/2018.  TRUSTEE WAITING FOR INCOME TAX REFUND - 4/30/17.

Initial Projected Date of Final Report (TFR): 03/31/18    Current Projected Date of Final Report (TFR): 11/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 17-02930 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHALSKI, ANDREW G. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0388  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3808 | | | |
| For Period Ending: | 11/29/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 07/05/17 | 11 | United States Treasury | income tax refund | 1124-003 | 7,334.00 | | 7,334.00 |
| 07/11/17 | 11 | United States Treasury | INCOME TAX REFUND | 1224-000 | 7,334.00 | | 14,668.00 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,658.00 |
| * 08/16/17 | 11 | United States Treasury | income tax refund | 1124-003 | -7,334.00 | | 7,324.00 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.89 | 7,313.11 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.52 | 7,302.59 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.86 | 7,291.73 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.49 | 7,281.24 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,270.41 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,259.60 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,249.60 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,238.82 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.41 | 7,228.41 |
| 06/06/18 | 300001 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 4.39 | 7,224.02 |
| 08/08/18 | 300002 | ANDREW G. MICHALSKI<br>210 Chelsea Circle<br>Lake Villa, IL 60046 | Payment of exemption<br>Payment of exemption | 8100-000 | | 1,500.00 | 5,724.02 |

Page Subtotals    7,334.00    1,609.98

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 17-02930 -ABG |
| Case Name: | MICHALSKI, ANDREW G. |
| Taxpayer ID No: | *******3808 |
| For Period Ending: | 11/29/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0388 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,334.00 | 1,609.98 | 5,724.02 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,334.00 | 1,609.98 | |
| | | | Less: Payments to Debtors | | | 1,500.00 | |
| | | | Net | | 7,334.00 | 109.98 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - *******0388 | | 7,334.00 | 109.98 | 5,724.02 |
| | | | | | 7,334.00 | 109.98 | 5,724.02 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 29, 2018 |

Case Number: 17-02930  
Debtor Name: MICHALSKI, ANDREW G.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $1,355.44 | $0.00 | $1,355.44 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $1,547.50 | $0.00 | $1,547.50 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $4.39 | $4.39 | $0.00 |
| 000001<br>070<br>7100-00 | Law Offices of Mari-Jo Jacquette<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | Unsecured | | $8,159.80 | $0.00 | $8,159.80 |
| 000002<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $17,188.16 | $0.00 | $17,188.16 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $8,450.29 | $0.00 | $8,450.29 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,886.85 | $0.00 | $1,886.85 |
| 000005<br>070<br>7100-00 | Directv, LLC<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $912.99 | $0.00 | $912.99 |
| 000006<br>070<br>7100-00 | Armor Systems Corporation<br>1700 Kiefer Drive, Suite #1<br>Zion, IL 60099 | Unsecured | | $147.30 | $0.00 | $147.30 |
| | Case Totals: | | | $39,652.72 | $4.39 | $39,648.33 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-02930
Case Name: MICHALSKI, ANDREW G.
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 5,724.02

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,333.40 | $ 0.00 | $ 1,333.40 |
| Trustee Expenses: JOSEPH E. COHEN | $ 22.04 | $ 0.00 | $ 22.04 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,547.50 | $ 0.00 | $ 1,547.50 |
| Other: International Sureties Ltd. | $ 4.39 | $ 4.39 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,902.94

Remaining Balance $ 2,821.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,745.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Law Offices of Mari-Jo Jacquette<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ 8,159.80 | $ 0.00 | $ 626.46 |
| 000002 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ 17,188.16 | $ 0.00 | $ 1,319.60 |
| 000003 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 8,450.29 | $ 0.00 | $ 648.76 |
| 000004 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 1,886.85 | $ 0.00 | $ 144.86 |
| 000005 | Directv, LLC<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $ 912.99 | $ 0.00 | $ 70.09 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Armor Systems Corporation 1700 Kiefer Drive, Suite #1 Zion, IL 60099 | $ 147.30 | $ 0.00 | $ 11.31 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,821.08 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE