IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ANDREW G. MICHALSKI,** | ) | No. 17-02930 |
| | ) | |
| Debtor(s) | ) | |

## **PROOF OF SERVICE**

TO:      See Attached List


I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on December 21, 2018

by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Joseph E. Cohen

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Andrew G. Michalski
210 Chelsea Circle
Lake Villa, IL 60046-9063

Armor Systems Corporation
1700 Kiefer Drive, Suite #1
Zion, IL 60099-5105

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Directv, LLC
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

James T Magee
Magee Hartman, P C
444 N Cedar Lake Rd
Round Lake, IL 60073-2802

Law Offices of Mari-Jo Jacquette
c/o David J. Axelrod & Associates
1448 Old Skokie Road
Highland Park, IL 60035-3040

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027