UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In Re: §
§
MICHALSKI, ANDREW G. § Case No. 17-02930
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 193,737.00 *(Without deducting any secured claims)* | Assets Exempt: 264,358.00 |
| Total Distributions to Claimants: 2,821.08 | Claims Discharged Without Payment: 90,218.23 |
| Total Expenses of Administration: 3,012.92 | |

3) Total gross receipts of $ 7,334.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,500.00 (see **Exhibit 2**), yielded net receipts of $ 5,834.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 248,577.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,012.92 | 3,012.92 | 3,012.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,005.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,288.92 | 36,745.39 | 36,745.39 | 2,821.08 |
| **TOTAL DISBURSEMENTS** | $ 304,870.92 | $ 39,758.31 | $ 39,758.31 | $ 5,834.00 |

4)  This case was originally filed under chapter 7 on 02/01/2017 . The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2019          By:/s/JOSEPH E. COHEN
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 income tax refund - Federal | 1224-000 | 7,334.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,334.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANDREW G. MICHALSKI | Exemptions | 8100-000 | 1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage 3415 Vision Drive Columbus, OH 43219 | | 197,410.00 | NA | NA | 0.00 |
| | PNC Bank Attn: Bankruptcy 249 5th Avenue, #30 Pittsburgh, PA 15222 | | 44,894.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Westlake Financial Serrvices Customer Care P. O. Box 76809 Los Angeles, CA 90054 | | 6,273.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 248,577.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,333.40 | 1,333.40 | 1,333.40 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 22.04 | 22.04 | 22.04 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 4.39 | 4.39 | 4.39 |
| ASSOCIATED BANK | 2600-000 | NA | 105.59 | 105.59 | 105.59 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 1,031.67 | 1,031.67 | 1,031.67 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 515.83 | 515.83 | 515.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,012.92 | $ 3,012.92 | $ 3,012.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michelle Brockman 1607 North Larch DriveMount Prospect, IL 60056 | | 305.00 | NA | NA | 0.00 |
| | Michelle Brockman 1607 North Larch DriveMount Prospect, IL 60056 | | 3,700.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 4,005.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Correspondence P. O. Box 981540 El Paso, TX 79998 | | 8,450.00 | NA | NA | 0.00 |
| | Cavalry SPV / Citibank c/o Shindler & Joyce 1990 East Algonquin Road, #180 Schaumburg, IL 60173 | | 20,065.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 60680-1292 | | 240.00 | NA | NA | 0.00 |
| | City of Countryside c/o Illinois Collection Service P. O. Box 1010 Tinley Park, IL 60477-9110 | | 250.00 | NA | NA | 0.00 |
| | City of Prospect Heights c/o Snchnfin 2 TransAm Plaza Drive Oak Brook Terrace, IL 60181 | | 304.00 | NA | NA | 0.00 |
| | Discover Bank | | 6,312.00 | NA | NA | 0.00 |
| | Illinois State Toll Hwy Authority c/o Professional Account Mgmt P. O. Box 698 Milwaukee, WI 53201-0698 | | 215.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Tollway Attn: Violation Administration Ctr 2700 Ogden Avenue Downers Grove, IL 60515-1703 | | 427.60 | NA | NA | 0.00 |
| | Kohls/Capital One Kohls Credit P. O. Box 3043 Milwaukee, WI 53201 | | 1,886.00 | NA | NA | 0.00 |
| | Law Offices of Mari-Jo Jacquette c/o David J. Axelrod & Associates 1448 Old Skokie Road Highland Park, IL 60035 | | 9,992.90 | NA | NA | 0.00 |
| | Pediatrics Associates Of The N c/o Armor Systems Co. 1700 Kiefer Drive, #1 Zion, IL 60099 | | 25.00 | NA | NA | 0.00 |
| | Sears Roebuck & Co. | | 2,999.00 | NA | NA | 0.00 |
| | The North Shore Podiatry Group c/o Choice Recovery, Inc 1550 Old Henderson Road, #100 Columus, OH 43220 | | 432.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trugreen #5545 Attn: Accounts Receivable P. O. Box 9001128 Louisville, KY 40290-1128 | | 83.20 | NA | NA | 0.00 |
| | Verizon Wireless c/o Jefferson Capital Systems, LLC 16 McLeland Road Saint Cloud, MN 56303 | | 606.92 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 8,450.29 | 8,450.29 | 648.76 |
| 000006 | ARMOR SYSTEMS CORPORATION | 7100-000 | NA | 147.30 | 147.30 | 11.31 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,886.85 | 1,886.85 | 144.86 |
| 000002 | CAVALRY SPV I, LLC | 7100-000 | NA | 17,188.16 | 17,188.16 | 1,319.60 |
| 000005 | DIRECTV, LLC | 7100-000 | NA | 912.99 | 912.99 | 70.09 |
| 000001 | LAW OFFICES OF MARI-JO JACQUETTE | 7100-000 | NA | 8,159.80 | 8,159.80 | 626.46 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 52,288.92** | **$ 36,745.39** | **$ 36,745.39** | **$ 2,821.08** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-02930 ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | MICHALSKI, ANDREW G. | |
| For Period Ending: | 03/19/19 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 02/01/17 (f) |
| 341(a) Meeting Date: | 03/10/17 |
| Claims Bar Date: | 12/26/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 210 Chelsea CircleLake Villa | 200,000.00 | 185,000.00 | | 0.00 | FA |
| 2. 2009 Lexus rx400 mileage: 107,000 | 9,000.00 | 6,600.00 | | 0.00 | FA |
| 3. 2005 Kia Sedona mileage: (not running) | 500.00 | 0.00 | | 0.00 | FA |
| 4. Livingroom Furniture, Television and DVD Player | 450.00 | 0.00 | | 0.00 | FA |
| 5. Bedroom Sets, Washer and Dryer | 300.00 | 0.00 | | 0.00 | FA |
| 6. Diningroom Set, Stove, Refrigerator and Microwave | 425.00 | 0.00 | | 0.00 | FA |
| 7. Laptop Computer and Printer | 250.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 9. State Bank of the Lakes | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. IBEW Local 134 | 244,208.00 | 0.00 | | 0.00 | FA |
| 11. 2016 income tax refund - Federal (u) | 9,315.00 | 9,315.00 | | 7,334.00 | FA |
| 12. 2016 Income Tax Refund - State (u) | 212.00 | 212.00 | | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $465,910.00 | $201,127.00 | $7,334.00 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILED HIS TFR AND MADE A DISTRIBUTION. WILL FILE HIS TDR WHEN ALL CHECKS HAVE CLEARED - 1/24/19. TRUSTEE PREPARING HIS TFR, NFR AND RELATED DOCUMENTS - 10/31/18. DEBTOR HAS FILED AN AMENDED SCHEDULE C - 7/31/18. TRUSTEE FILED MOTION TO VALUE SECURED CLAIM - 1/9/2018. TRUSTEE WAITING FOR INCOME TAX REFUND - 4/30/17.

Initial Projected Date of Final Report (TFR): 03/31/18     Current Projected Date of Final Report (TFR): 11/30/18

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-02930 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHALSKI, ANDREW G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0388 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3808 | | |
| For Period Ending: | 03/19/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 07/05/17 | 11 | United States Treasury | income tax refund | 1124-003 | 7,334.00 | | 7,334.00 |
| 07/11/17 | 11 | United States Treasury | INCOME TAX REFUND | 1224-000 | 7,334.00 | | 14,668.00 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,658.00 |
| * 08/16/17 | 11 | United States Treasury | income tax refund | 1124-003 | -7,334.00 | | 7,324.00 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.89 | 7,313.11 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.52 | 7,302.59 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.86 | 7,291.73 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.49 | 7,281.24 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,270.41 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,259.60 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,249.60 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 7,238.82 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.41 | 7,228.41 |
| 06/06/18 | 300001 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 4.39 | 7,224.02 |
| 08/08/18 | 300002 | ANDREW G. MICHALSKI<br>210 Chelsea Circle<br>Lake Villa, IL 60046 | Payment of exemption<br>Payment of exemption | 8100-000 | | 1,500.00 | 5,724.02 |
| 12/05/18 | | Transfer to Acct #*******0124 | Bank Funds Transfer | 9999-000 | | 5,724.02 | 0.00 |

Page Subtotals 7,334.00 7,334.00

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 17-02930 -ABG |
| Case Name: | MICHALSKI, ANDREW G. |
| Taxpayer ID No: | *******3808 |
| For Period Ending: | 03/19/19 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0388  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,334.00 | 7,334.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 5,724.02 | |
| | | | Subtotal | | 7,334.00 | 1,609.98 | |
| | | | Less:  Payments to Debtors | | | 1,500.00 | |
| | | | Net | | 7,334.00 | 109.98 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-02930 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHALSKI, ANDREW G. | | Bank Name: | AXOS BANK |
| | | | Account Number / CD #: | *******0124 Checking Account |
| Taxpayer ID No: | *******3808 | | | |
| For Period Ending: | 03/19/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/18 | | Transfer from Acct #*******0388 | Bank Funds Transfer | 9999-000 | 5,724.02 | | 5,724.02 |
| 01/11/19 | 002001 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 1,355.44 | 4,368.58 |
| | | | Fees 1,333.40 | 2100-000 | | | |
| | | | Expenses 22.04 | 2200-000 | | | |
| 01/11/19 | 002002 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,031.67 | 3,336.91 |
| 01/11/19 | 002003 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 515.83 | 2,821.08 |
| 01/11/19 | 002004 | Law Offices of Mari-Jo Jacquette<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | Claim 000001, Payment 7.67739% | 7100-000 | | 626.46 | 2,194.62 |
| 01/11/19 | 002005 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000002, Payment 7.67738%<br>(2-1) Cavalry SPV I, LLC as<br>assignee of Citibank | 7100-000 | | 1,319.60 | 875.02 |
| 01/11/19 | 002006 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 7.67737% | 7100-000 | | 648.76 | 226.26 |
| 01/11/19 | 002007 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 7.67735% | 7100-000 | | 144.86 | 81.40 |
| 01/11/19 | 002008 | Directv, LLC<br>by American InfoSource LP as agent | Claim 000005, Payment 7.67697% | 7100-000 | | 70.09 | 11.31 |

Page Subtotals  5,724.02  5,712.71

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-02930 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHALSKI, ANDREW G. | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******0124  Checking Account |
| Taxpayer ID No: | *******3808 | | |
| For Period Ending: | 03/19/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/19 | 002009 | 4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br>Armor Systems Corporation<br>1700 Kiefer Drive, Suite #1<br>Zion, IL 60099 | Claim 000006, Payment 7.67821% | 7100-000 | | 11.31 | 0.00 |

```
                                    COLUMN TOTALS                      5,724.02        5,724.02           0.00
                              Less:  Bank Transfers/CD's               5,724.02            0.00
                            Subtotal                                       0.00        5,724.02
                              Less:  Payments to Debtors                                   0.00
                            Net                                            0.00        5,724.02
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********0388 | 7,334.00 | 109.98 | 0.00 |
| Checking Account - ********0124 | 0.00 | 5,724.02 | 0.00 |
| | 7,334.00 | 5,834.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    11.31

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*